**Dismiss and Opinion Filed May 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01004-CV**

**IABRAHIM O. IYAMAH, Appellant**
**V.**
**THE UNION UPTOWN DALLAS LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04446-E**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

After appellant failed to timely file his brief, we directed appellant by postcard dated March 30, 2022 to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

211004f.p05

/Lana Myers//
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IABRAHIM O. IYAMAH, Appellant

No. 05-21-01004-CV      V.

THE UNION UPTOWN DALLAS LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-21-04446-E.

Opinion delivered by Justice Myers. Justices Carlyle and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 11th day of May, 2022.